UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CASE NO. 07-20367

UNITED STATES OF AMERICA,

-V-

ROBERT HUNSLEY,

_____/

ORDER EXTENDING REPORTING DATE

The defendant having filed a Motion to Extend Reporting Date; therefore

IT IS ORDERED that the defendant report to the institution designated by the Bureau of Prisons on Tuesday, March 3, 2009 by 12:00 noon.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: January 13, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 13, 2009, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager